No. 11–1494.  EAST COAST FOODS, INC., ET AL. *v.* RANGE ROAD MUSIC, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  ■

No. 11–1495.  WHITE *v.* CITY OF WAUKEGAN, ILLINOIS, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 11–1496.  THOMAS PETROLEUM, INC., ET AL. *v.* MORRIS. Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 11–1498.  BAZUAYE *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir.  Certiorari denied.

No. 11–1499.  LAMONS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–1500.  STANLEY *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 11–1501.  KIGGUNDU *v.* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–1502.  LOAN PHOUNG *v.* TRAN.  Sup. Ct. Va.  Certiorari denied.

No. 11–1503.  DARR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–1504.  KOCH, AKA BUTRICK *v.* CITY OF DEL CITY, OKLAHOMA, ET AL.  C. A. 10th Cir.  Certiorari denied.  ■

No. 11–1506.  GROSE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–1508.  HAGEN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–1509.  CHANDLER *v.* WACKENHUT CORP.  C. A. 6th Cir. Certiorari denied.

No. 11–1510.  ELLIS *v.* CITY OF FORT WORTH, TEXAS.  C. A. 5th Cir.  Certiorari denied.